```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
  UNITED STATES OF AMERICA         :   UNSEALING ORDER
                                   :
            - v. -                 :   S1 22 Cr. 618 (JPC)
                                   :
  SURINDER SINGH CHEEMA,           :
      a/k/a "Tana,"                :
                                   :
                                   :
                      Defendant.   :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Thomas Burnett and Matthew Shahabian;

It is found that the Indictment in the above-captioned action, S1 22 Cr. 618, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED

Dated:  New York, New York
        November 16, 2022

_____
HONORABLE JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE