

**MICHAEL E. KRAUT**
MANAGING ATTORNEY

**ROBERT A. HANKOFF**
SENIOR ASSOCIATE

**ANTHONY C. RIOS**
ASSOCIATE

**KATE E. LEBENZON**
ASSOCIATE

6255 SUNSET BOULEVARD, SUITE 1520   |   LOS ANGELES, CALIFORNIA 90028
TEL. 323.464.6453   |   FAX 323.345.5050
mkraut@krautlawgroup.com

November 29, 2022

**By ECF**
Hon. John P. Cronan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>United States</u> v. <u>Surinder Singh Cheema</u>, 22 Cr. 618 (JPC)

Dear Judge Cronan:

    I have been retained as counsel for Defendant Surinder Cheema and I am respectfully applying for admission in the Southern District of New York (SDNY) Pro Hac Vice.

    My client Mr. Cheema is currently being held in custody at the Santa Ana City Jail (Santa Ana, CA) where he has been for the last few weeks. We are awaiting his return from California to SDNY to appear in this Court.

    I am leaving the country on December 17, 2022 for a scheduled vacation. As such, I am respectfully requesting this Court to request the US Marshals Service to expedite Mr. Cheema's return to SDNY.

    I have been in contact with Assistant United States Attorney Matthew Shahabian regarding this matter. Mr. Shahabian has indicated he is not opposed to this Court expediting the return of Mr. Cheema.

    For your convenience, please find the enclosed request that can be signed and provided to the US Marshals. If I can answer any additional questions or provide further information, please do not hesitate to contact me at (323) 620-0911.

Respectfully Submitted,

/s/ Michael E. Kraut

MICHAEL E. KRAUT
Attorney for Defendant

Enclosure

> This application, Dkt. 27, and Defendant Surider Cheema's subsequent motion, Dkt. 33, are denied. The Court will schedule Mr. Cheema's arraignment upon his arrival in the New York area. Mr. Cheema was arrested on November 16, 2022, and counsel has identified no compelling reason for why the Court should disturb the authority ordinarily conferred on the United States Marshals Service to supervise his transportation to this District.
>
> SO ORDERED
> Date: December 6, 2022
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SURINDER SINGH CHEEMA,

    Defendant

Case No.: 22-cr-618-JPC-3

Hon. John P. Cronan

**REQUEST TO EXPEDITE DEFENDANT'S RETURN TO THE SOUTHERN DISTRICT OF NEW YORK**

Defendant Surinder Singh Cheema ("Mr. Cheema") is currently in custody in Santa Ana, CA. For good cause having been shown, it is the recommendation of this Court that the US Marshals Service expedite Mr. Cheema's return to the Southern District of New York (SDNY) to appear before this Court.

Dated: _____

                                                                                       Hon. John P. Cronan