Duration:
Proceeding via: ☐ Video Conference ☐ AT&T ☑ In Person

DOCKET No. 22 cr. 618　　　DEFENDANT Surinder Cheema

AUSA Thomas Burnett　　　DEF.'S COUNSEL Michael Kraut
☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ ______________ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5 ☑ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.
☐ Other: ______________

DATE OF ARREST ______________ ☐ VOL. SURR.
TIME OF ARREST ______________ ☐ ON WRIT
TIME OF PRESENTMENT ~~12/22~~ 3:20pm

**BAIL DISPOSITION**

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE　☐ DETENTION: RISK OF FLIGHT/DANGER　☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: ______________
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $ 2,000,000 PRB ☒ 8 FRP AND
☒ SECURED BY $ [illegible] 100,000 CASH/PROPERTY: 3 homes belonging to Amanpreet Cheema, Oleksandr Hrytsyuk, and the Hundals
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ C.D. Cal., + points in between in transit, Indiana, Florida, Illinois
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☒ AS DIRECTED BY PRETRIAL SERVICES
☒ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☒ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION ☒ HOME DETENTION ☐ CURFEW ☐ STAND ALONE MONITORING
☒ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☒ DEF. TO CONTINUE OR SEEK EMPLOYMENT (if legal) [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☒ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: ______________
______________; REMAINING CONDITIONS TO BE MET BY: ______________

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**
Δ maintain residence as approved by PTS

☒ DEF. ARRAIGNED: PLEADS NOT GUILTY　☐ CONFERENCE BEFORE D.J. ON ______________
☐ DEF. WAIVES INDICTMENT
☒ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 1/5/2023

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED　☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED　☐ CONTROL DATE FOR REMOVAL: ______________

PRELIMINARY HEARING DATE: ______________ ☐ ON DEFENDANT'S CONSENT

**DATE:** December 22, 2022

[signature]
**UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**

WHITE (original) – COURT FILE　PINK – U.S. ATTORNEY'S OFFICE　YELLOW – U.S. MARSHAL　GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016