UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
:
            -v-                                                        :
:  22 Cr. 618 (JPC)
SURINDER SINGH CHEEMA,                                                 :
:  ORDER
                             Defendant.                                :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Clerk of Court is respectfully directed to return the funds posted for Mr. Cheema's bond to the depositing individuals' accounts.  In order to effect that return, those individuals should provide the Finance Department with their disbursing information.  The Finance Department may be reached at (212) 805-6000.

      SO ORDERED.

Dated: January 9, 2023
      New York, New York                                   _____
                                                                             JOHN P. CRONAN
                                                                             United States District Judge