UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                  :
UNITED STATES OF AMERICA,                             :
                  :
     -v-                   :
                  :        22 Cr. 618 (JPC)
MICHAEL GIAN WILLIAM HABIB,                :
CHRISTOPHER BURGOS,                                :        <u>PRETRIAL ORDER</u>
SURINDER SINGH CHEEMA, and                  :
BHUPINDER SIGNH VIRK,                             :
                  :
          Defendants.               :
                  :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Trial is scheduled to begin in this matter on January 29, 2024.  The Parties must familiarize themselves with Part 7 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500.  Defendants shall file any pretrial motions, aside from motions *in limine*, by September 29, 2023.  The deadline for the Government's opposition to such motions is October 13, 2023, and the deadline for any reply is October 20, 2023.

      The deadline for the Government's expert disclosures pursuant to Federal Rule of Civil Procedure 16(a)(1)(G) is October 2, 2023.  The deadline for Defendants' expert disclosures pursuant to Rule 16(b)(1)(C) is November 6, 2023.  The Government shall provide Defendants with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by December 4, 2023.  By January 5, 2024, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms.  Any motions *in limine* shall also be filed by January 5, 2024, with oppositions due January 12, 2024.  The Court will hold a Final Pretrial Conference on January 24, 2024, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Any superseding

indictment must be filed by the Government no later than November 30, 2023, which is sixty days before the start of trial.

SO ORDERED.

Dated: August 17, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge