

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2023

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Christopher Burgos et al.*, **22 Cr. 618 (JPC)**

Dear Judge Cronan:

    The Government respectfully requests a 21-day extension of its expert disclosure deadline in the above-captioned case, currently scheduled for October 2, 2023, to October 23, 2023. The Government is still in the process of identifying potential expert witnesses for the trial in this matter, which is scheduled to commence January 29, 2024. The defendants will not be prejudiced by a brief delay in the Government's identification of expert witnesses. All defendants consent to the extension.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                              United States Attorney

By:   __/s/_____
       Matthew R. Shahabian/Thomas Burnett
       Assistant United States Attorneys
       (212) 637-1046/-1064

CC: Counsel of Record (by ECF)

> This request is granted. The Government's expert disclosure deadline pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) is adjourned to October 23, 2023. Any deadline for Defendants' expert disclosures pursuant to Rule 16(b)(1)(C) is adjourned to November 27, 2023.

SO ORDERED.
Date: September 29, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge