UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                  :

UNITED STATES OF AMERICA,                     :

      -v-                                         :
                                              :      22 Cr. 618 (JPC)
CHRISTOPHER BURGOS,                       :
MICHAEL GIAN WILLIAM HABIB,      :      ORDER
SURINDER SINGH CHEEMA, and        :
BHUPINDER SINGH VIRK,                      :

                        Defendants.        :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court will hold oral argument on the pretrial motions filed by Defendant Michael Gian William Habib, Dkts. 94-99, and Defendant Surinder Singh Cheema, Dkt. 93, on December 20, 2023, at 3:00 p.m., in Courtroom 12D at Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

       SO ORDERED.

Dated: December 6, 2023
       New York, New York

                                                       JOHN P. CRONAN
                                                 United States District Judge