
U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 8, 2024

**BY ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   Re:  *United States v. Christopher Burgos*, 22 Cr. 618 (JPC)

Dear Judge Cronan:

  The Government writes in response to the Court's Order dated January 5, 2024. ECF No. 119. The Government anticipates that at the plea hearing, currently scheduled for January 9, 2024, the defendant Christopher Burgos will plead guilty to the lesser-included offense of conspiring to distribute cocaine, in violation of 21 U.S.C. §§ 841(a), 841(b)(1)(C), and 846. Because that conviction is for "an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act," 18 U.S.C. § 3142(f)(1)(C), remand is mandatory after the defendant pleads guilty, 18 U.S.C. § 3143(a)(2). None of the exceptions to mandatory remand apply here. There is not a substantial likelihood that a motion for a new trial or acquittal would be granted, and the Government does not anticipate recommending a noncustodial sentence for the defendant. § 3143(a)(2)(A). Nor does the Government believe there are "exceptional reasons" for why detention would be inappropriate for this defendant such that the mandatory remand provision would not apply. 18 U.S.C. § 3145(c).

<span style="color:blue">The parties should be prepared to address at the scheduled change-of-plea proceeding for Mr. Burgos whether conditions at the Metropolitan Detention Center constitute "exceptional reasons" under 18 U.S.C. § 3145(c) that justify his continued release pending sentencing, notwithstanding the mandatory remand provisions of 18 U.S.C. § 3143(a)(2). *See United States v. Chavez*, 22 Cr. 303 (JMF), 2024 WL 50233 (S.D.N.Y. Jan. 4, 2024).</span>

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/
   Thomas Burnett/Matthew R. Shahabian
   Assistant United States Attorneys
   (212) 637-1064/-1046

<span style="color:blue">SO ORDERED
Date: January 8, 2024
New York, New York</span>

      _____
      JOHN P. CRONAN
      United States District Judge

cc: James Froccaro, Jr., Esq. (by ECF)