BP-A0288

# INCIDENT REPORT

Dept. of Justice / Federal Bureau of Prisons

## Part I - Incident Report

| | | | |
|---|---|---|---|
| 1. Institution: **BROOKLYN MDC** | | Incident Report Number: **3967986** | |
| 2. Inmate's Name<br>**VIRK, BHUPINDER** | 3. Register Number<br>**32354-510** | 4. Date of Incident<br>**07-19-2024** | 5. Time<br>**0905 hrs** |
| 6. Place of Incident<br>**J-A cell J02-713** | 7. Assignment<br>**UNASSG** | 8. Unit<br>**4 DETC M/W** | |
| 9. Incident<br>**108 -- POSSESSING A HAZARDOUS TOOL.** | | 10. Prohibited Act Code(s)<br>**108** | |

11. Description Of Incident
(Date: **07-19-2024** **Time:** **0905 hrs** staff became aware of incident)

**This is a Re-Write.**
**On July 19, 2024, at approximately 0905 hours, a search was conducted on J-A cell J02-713, assigned to inmate Virk, Bhupinder Reg. No. 32354-510 and Smith, Taieek Reg, No. 91887-053 verified via sentry. During the cell search (1) Orange Apple iPhone IMEI: 356424100975616 was discovered in a secret compartment underneath the toilet bowl. Page 38 of the Inmate Admission and Orientation Handbook states that it is an inmate's responsibility to keep their area free of contraband. Inmate Virk, Bhupinder Reg. No. 32354-510 was in possession of a Hazardous Tool, specifically, (1) Orange Apple iPhone which is contraband and possessing contraband is a violation of Bureau Policy.**

| | | |
|---|---|---|
| 12. Typed Name/Signature of Reporting Employee<br>**A Llerena-Salazar** | | 13. Date And Time<br>**07-19-2024 1716 hrs** |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature)<br>**Jefferson** | 15. Date Report Delivered<br>**07-19-2024** | 16. Time Report Delivered<br>**1800 hrs** |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

BP-A0288
# INCIDENT REPORT
Dept. of Justice / Federal Bureau of Prisons

| Inmate's Name | Register Number | Incident Report Number |
|---|---|---|
| **VIRK, BHUPINDER** | **32354-510** | **3967986** |

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident

**Smith admitted to Charges**

18. A. It is the finding of the committee that you:

_ Committed the Prohibited Act as charged.

_ Did not commit a Prohibited Act.

_ Committed Prohibited Act Code(s)

B. **X** The Committee is referring the Charge(s) to the DHO for further Hearing.

C. **X** The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is based on Specific Evidence as Follows:

**Based on the severity level of this I/r the UDC is forwarding this I/R to the DHO for further disposition**

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

**UDC recommends I/R be expunged due to Smith admitted to charges (I R 3967990**

21. Date And Time Of Action **07-24-2024 0240 hrs** (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

| **A. campbel** | **A. campbel** | |
|---|---|---|
| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

BP-A0288 **INCIDENT REPORT**
**Dept. of Justice / Federal Bureau of Prisons**

| Inmate's Name | Register Number | Incident Report Number |
|---|---|---|
| **VIRK, BHUPINDER** | **32354-510** | **3967986** |

| **Part III - Investigation** | 22. Date & Time Investigation Began<br>**07-19-2024 1800 hrs** |
|---|---|

23. Inmate Advised of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By **Jefferson**
At (Date/time) **07-19-2024 1800 hrs**

24. Inmate statement and attitude

**On the above date and time inmate VIRK, BHUPINDER 32354-510 was read his rights during the institutional disciplinary process, which he stated he understood. The inmate was also provided with a copy of the incident report.**
**Inmate VIRK displayed a fair attitude. Inmate VIRK stated, "No comment."**

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

**Incident Report - Photographs -- (BOP-IRPHO)**
**Inmate VIRK, BHUPINDER 32354-510 did not request any witnesses.**
**All other pertinent information pertaining to this case can be found in Section 11 of this incident report.**

26. Investigator's comments and conclusions

**Based on the information provided in the body of this report, section 11 does contain enough evidence to support the charge. Inmate VIRK, BHUPINDER 32354-510 has been appropriately charged with the violation of Code 108.**

**Although the cellmate of the inmate, which is inmate SMITH, TAIEEK 91887-053, took full responsibility of the cellphone, it is not believable that inmate VIRK had no knowledge of inmate SMITH having a cellphone. According to the Inmate History Quarters (PP37) for both inmates, they have shared a cell since 03/27/2024.**

27. Action taken

**Incident Report referred to UDC. Investigation/evidence supports charges. Inmate remains in General Population.**

Date and Time Investigation Completed: **07-19-2024 1836 hrs**

Printed Name/Signature Of Investigator: **Jefferson**

Investigator Title: **Acting Activities LT**