**JEFFREY COHN**
**Attorney at Law**
**35 East 85th Street, Suite 4B**
**New York, New York, 10028**
**646-201-5202**
**jcohnlaw@gmail.com**


October 11, 2024
By ECF
The Honorable John P. Cronan
United States District Judge
Southern District of New York

Re: *United States v. Surinder Singh Cheema*, 22 Cr. 618 (JPC)

Dear Judge Cronan,

I write to oppose the government's outrageous and misleading request for an adjournment of sentencing in the above-referenced case. For the reasons which follow, the case should not be adjourned and on October 15, the Court should impose a five-year sentence as the incarceration portion of Mr. Cheema's sentence.

First, shortly after I was retained and filed my notice of appearance of September 20, there was a conference call including the AUSAs assigned to this case and co-counsel. In that call, we explicitly told the government that there was a witness they missed who could contradict their version of events in their May 25 letter (hereafter government letter). Defense counsel offered to arrange for the witness to speak with the

government but they refused to permit us to arrange that meeting. [1]

Second, it is not the defense's job to aid the government in figuring out that it's made grossly irresponsible and inaccurate accusations. It was and is obvious upon close reading of the government letter, and as we pointed out in our sentencing submission, that its position was always based on mere speculation while eliding the existence of another Tana identified in the Peel, Canada investigation. Notably in their 11th hour adjournment request, they **still** have not acknowledged that they knew at all times that Kehla has consistently been identified as using the alias Tana, along with thousands of other would-be gangsters. [2]

Third, Mr. Cheema has been suffering in MDC for years now, living like an animal in an incarceration situation which is deplorable and dangerous. He does not deserve continued torture because the government now admits, in substance, that they may have been wrong all along about their serious allegation. [3]

It is crystal clear at this point, in the most generous terms, that the government cannot sustain the allegations in their letter. We do agree on one thing though: there is no need anymore for a *Fatico* hearing.

We urge this Court to deny the government's adjournment request and impose a 60 month sentence on Mr. Cheema next

---

[1] Of course when we offered we were not implying that anyone from Mr. Cheema's defense team would necessarily attend, as Mr. Kehla was represented by Canadian counsel, but the government, in a true head-in-the-sand move, insisted we provide the identity of Canadian counsel so they could contact him directly, which we did approximately two weeks ago. The government did not contact Canadian counsel until yesterday.

[2] The government also inaccurately stated in its letter that I filed the Kehla affidavits under seal. I did not. I merely emailed them because ECF was not accepting the PDFs as attachments, as was explicitly stated in my submission. Whether this is mere sloppiness or hints at another, more sinister motive, we leave to the Court's judgment.

[3] As the government adjournment request seems to admit, the evidence that Kehla was the instigator in the Peel violence was hiding in plain sight in the report(s) of the very investigation they cited for their Mr. Cheema-is-Tana fantasy.

Tuesday. That would give the government ample time during the balance of his sentence to charge him in a new case if they persist in their inaccurate view of the facts.

Sincerely,

Jeffrey Cohn

copy/ AUSAs Shahabian, Chong and Burnett and co-counsel Florio (all by ECF)