

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 25, 2024

**BY ECF**

The Honorable John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Surinder Singh Cheema a/k/a "Tana*," 22 Cr. 618 (JPC)

Dear Judge Cronan:

    After conferring with the defense, the Government writes to provide an update on the sentencing of defendant Surinder Singh Cheema, a/k/a "Tana."

    The Government has spoken with Vickramjit Singh Khela regarding the two affidavits he submitted to this Court on October 8. The Government has also taken additional investigative steps. The Government stands by the facts asserted in its supplemental sentencing submission dated May 8, 2024. Accordingly, the Government requests that the Court schedule a date for a *Fatico* hearing/sentencing and proposes that the hearing take place on or around November 21.

    The defense requests that the hearing take place as soon as possible and on the same day as sentencing.

Page 2

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By:  /s/
      Thomas S. Burnett
      Jane Y. Chong
      Matthew R. Shahabian
      Assistant United States Attorneys
      (212) 637-1064/-2264/-1046

cc: Dawn Florio, Esq. (by ECF)
    Declan Murray, Esq. (by ECF)
    Jeffrey Cohn, Esq. (by ECF)