# JEFFREY COHN
## Attorney at Law
### 35 East 85th Street, Suite 4B
### New York, New York, 10028
### 646-201-5202
### jcohnlaw@gmail.com

**BY ECF**
October 26, 2024
The Honorable John P. Cronan
United States District Judge
Southern District of New York

      Re:    *United States v. Surinder Singh Cheema,*
             22 Cr. 618 (JPC)

Dear Judge Cronan,

    I write to oppose the government's request for an adjournment of sentencing and *Fatico* hearing. The government has had several months in which to prepare to attempt to prove the speculative accusations it made on May 5. With each adjournment and additional "investigation" supposedly intended to support their procedurally offensive accusations, the government, instead of simply withdrawing their attempt to prosecute a separate criminal conspiracy under the guise of U.S. Sentencing Guidelines or 18 U.S.C. 3553(a) factors, increases the practical burden on Mr. Cheema of disproving his involvement.

                                      Sincerely,

                                      Jeffrey Cohn

copy/        AUSAs Burnett, Shahabian and Chong and co-counsel Dawn Florio (all by email).