**JEFFREY COHN**
**Attorney at Law**
**212 East 57th Street**
**Number 16A**
**New York, New York 10022**
**Telephone: 646-201-5202**
**Email: jcohnlaw@hotmail.com**

November 16, 2024
By ECF
The Honorable John P. Cronan
U.S. District Judge
Southern District of New York

Re: *United States v. Surinder Singh Cheema*, 22 Cr. 618(JPC)

Dear Judge Cronan,

Attached to this letter, please find a letter from Manbir Sodhi, the lawyer for Vic Kehla, the man who is responsible for the violence the government quixotically insists on attempting to blame Mr. Cheema. The letter accuses the government of multiple instances of deceit in its October 11, 2024 letter to Your Honor which persuaded the Court to adjourn a prior sentencing date. We believe it is appropriate context in which the Court should evaluate the arguments we anticipate will be made in Court on Tuesday.

Sincerely,

Jeffrey Cohn

copy/ AUSAs Shahabian, Chong and Burnett and co-counsel Dawn Florio (all by ECF)