UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

v. 22 CR 618 (JPC)

SURINDER SINGH CHEEMA,

Defendant. Hearing
------------------------------x

New York, N.Y.
November 26, 2024
2:20 p.m.

Before:

HON. JOHN P. CRONAN,

District Judge

APPEARANCES

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
BY: MATTHEW SHAHABIAN
Assistant United States Attorneys

JEFFREY COHN
Attorneys for Defendant

Also Present:
Kelly Cunningham, FBI
Frank Mastroianni, Paralegal Specialist

(Case called)

MR. SHAHABIAN: Good afternoon, your Honor.

Matt Shahabian, appearing for the government. With me at counsel table is Special Agent Kelly Cunningham from the FBI, and Paralegal Specialist Frank Mastroianni.

THE COURT: Good afternoon, Mr. Shahabian, Special Agent Cunningham, and Mr. Mastroianni.

MR. COHN: Good afternoon, your Honor.

Jeffrey Cohn for Mr. Cheema, who is seated at counsel table.

THE COURT: Good afternoon, Mr. Cohn and Mr. Cheema.

And I assume you saw Mr. Cohn, we will figure out another date for you to deliver your responsive closing.

So Mr. Shahabian, I assume we're going to continue with where you left off?

MR. SHAHABIAN: Yes, your Honor. We just need a minute to set up technically. And I think I'll go back a couple of slides just to provide context and then keep going.

THE COURT: Sounds good. The ones we were using last time, are they the same?

MR. SHAHABIAN: Well, this is the same deck that we were walking through electronically. I can't remember if we had printed out the revisions in time after lunch, but there have been no changes to what we've presented, or what we plan to present from what we provided after lunch at the first

*Fatico*.

MR. COHN: Before we get started, we got an e-mail a couple hours ago about -- I'll just read it. The government's released four new government exhibits today on the file sharing service. But then in the subsequent paragraph, it says that the exhibits were those admitted in court on 11/19 and relates to Slide 8 of the presentation.

So I'm just unclear. Is this new information, or is this just adding to the exhibit list of stuff that was admitted as evidence on the 19th?

MR. SHAHABIAN: It's adding and separately marking those four images, which were the IP lookups for the VPN IP addresses of Slide 8 of the PowerPoint, if the Court recalls, we didn't have time to mark these as separate exhibits, so we just put them on the PowerPoint slide. The Court asked that we mark them separately and produce them as separately marked exhibits, and that's what we did today.

THE COURT: Did that help, Mr. Cohn?

MR. COHN: Yes, your Honor.

THE COURT: Why don't we take a moment. I just want to make sure the court reporter is ready before we get started.

All right. You're starting on Slide 86?

MR. SHAHABIAN: Slide 86. That's right, your Honor.

And so, your Honor, these are slides we went over at the end of the hearing.

THE COURT: Mr. Cohn?

MR. COHN: This monitor, the one we can see, is not functioning, your Honor. If it would be okay with the Court and the Marshals, the one to the right is functioning. We could slide over if that would be okay.

THE COURT: Thank you, guys.

MR. SHAHABIAN: So as the Court may recall, I said at the first *Fatico* presentation, we're going to go in three parts, and the first part being the chronology. In terms of the chronology, we ended at the end of February 2024. And so just to orient the Court again, at the bottom of Slide 86, this is summarizing what's discussed in detail in the government's written sentencing submission from earlier this year. This is the back-and-forth between Smooth and King about threatening victim two and making sure they get their money, the call logs between King and Warpath and Ares show that there are also video calls at approximately the same time frame.

So that's just orientation.

We go to the next slide. So this is jumping ahead to March 26, 2024. This is taken from both the device notifications from the King phone that was seized in Canada and also the call log on that phone. And what it shows is Mr. Cheema using multiple phones and accounts to discuss the shootings and the kidnappings with King. So this is a snippet.

The next few slides, all March -- through March 6,

starting at 3:03 a.m. UTC time. There's a missed video call from Warpath. There's also a text message from Ares that says hi. And then another missed video call from Warpath. Warpath then messages, hey bro, call me. King tries calling Warpath. 40 seconds later, he tries calling Ares, and then a couple minutes later, he gets a seven-minute phone call from Warpath.

About 12 minutes later, there's another video call from Warpath, then an unanswered video call to Warpath eight minutes after that. And then three minutes after that, the Court may recall this being one of the key messages with respect to Mr. Khela attempting to claim this was him. Warpath says, call back in a minute. Just calling to wife -- just talking to wife or call bro phone. As the Court recalls, Mr. Khela testified he's not married. Mr. Cheema is married. And as we'll get to later, was using contraband phones to also talk to his wife, and this is evidence of that.

Bro phone, we'll get to also later as a reference to Michael Habib. Mr. Cheema's cellmate who also had access to contraband phones in the MDC as we'll see in other text messages and evidence.

About eight minutes later, there's another unanswered video call to Warpath. Then Warpath says, calling you now, bro. There's a missed video call in the call logs. And then there's a gap of about 20 minutes or so where we don't know exactly how they connected, but we get device notifications

from Ares to King saying, okay, bro, please make some noise, AMG House, burnin, baba. If the court may recall from the written submissions, AMG House, AMG Global is the company owned by victim one and two that was used to transport the seized narcotics. Baba is a nickname for Harjot Bains. That's something Mr. Khela also testified to and was discussed in the text messages.

This is just a sample of the device notifications from the King phone showing Warpath saying, call you back in a minute, just talking to wife.

Just continuing, conversation on March 7, the next day, this is Ares sending a message, hi bro. About an hour later, there's a group chat that the King phone gets device notifications to -- where Warpath is sending messages to a group chat that includes King. Again, just showing continuing communications during the time frame.

March 8, this is another example of the defendant using multiple phones in both the Ares and Warpath usernames. So you have an unanswered video call to Ares at 3:39 UTC. Ares responds with a photo and a video that we can't see. It's just the device notification. Then it says, hi bro. About ten minutes later, okay, bro, call G phone whenever.

G phone, the government submits, is a reference to the phone that Michael Habib was using, which we will continue to tie together as additional evidence comes up.

Then Mr. King takes the direction and calls another account. There's an unanswered video call to Warpath two minutes after Ares says, call the G phone. Warpath responds about a minute later, and then it makes a video call to King, and that video call is about an hour.

So continuing on March 8, so this picks up on the timeline. It starts with that about hour-long video call from Warpath to the King phone. Then there are two more unanswered video calls to Warpath. It looks like they got disconnected during that lengthy call.

So instead, King calls the other phone Mr. Cheema is using. He calls the Ares phone. They talk for about a minute. And then three minutes later, Warpath messages King, okay, my bro, don't worry, we're with you no matter what, right or wrong. Okay, bro. Talk tomorrow.

About 15 minutes later from the Ares phone, exactly, someone made this person call you. We don't have the full context for this conversation because these are just the device notifications, and we are only seeing the pop-ups on King's phone that was saved when it was recovered. But this is evidence of Mr. Cheema using both accounts to continue to talk to King.

The next day from the contraband phone, there were six Google searches for Surinder Cheema and for Surinder Cheema Toronto that were deleted from the web history of the phone

that was seized from Mr. Virk's cell, showing Mr. Cheema -- of course it could be somebody else Googling his name, but this is consistent with Mr. Cheema having access to the phone, Googling things like himself, Googling things that he discussed on jail calls with his wife and with his friend, which we'll talk about like fish tanks and trips to Jamaica, showing access to the contraband phone during the relevant time frame.

This just shows these searches were deleted.

March 10, device notifications from Ares to King.

March 11, more device notifications from Ares to King. How are you, bro? Any update? If you don't want to do it, bro, and it's more of a hassle, don't worry about it, bro, I'll ask someone else. I just thought easy money for us. I don't want to bother you. I know your busy with family.

This is both from the government's written submission. And as we'll go through some more of these messages -- this is the lead-up to King actually calling victim two and threatening her to pay $2 million, or they're going to keep shooting the house. And as you will see in the messages, we walk through them, Mr. Cheema sort of apologizes for strongarming King into be the one directly making the call and threatening him. At the same time, Ares is asking for updates. There's the back-and-forth that's discussed in the written submission with other participants in the conspiracy, what's going on, when are we going to get our money, what do we need.

March 12, the call log shows video calls to and from the Ares account on Signal.

March 13, one of Mr. Cheema's Snapchat accounts, the RealDonTana, is accessed using an iPhone XR, that is the same model as the contraband phone seized in the MDC. Using IP addresses, they geolocate to New York, using T-Mobile as an ISP, not any sort of VPN service.

This just shows those logins are from an iPhone XR.

This is March 13 still. So three hours after the defendant accessed that Snapchat account. MySudo records show that one of the numbers that he had previously created, the 5002 number, that was the one that, early in the chronology, Jordan Santana new number, that was deleted because you can both create and delete phone numbers from MySudo.

We're now jumping ahead three days to March 16. There are numerous calls and Signal messages from the Ares account to the King phones. So these are taken from the King phone. Hi, bro. No info. You always forget to call me, bro. Bro, come on, we said this last week, nothing in India. That's a reference to Harjot Bains who fled to India at this point. Bro, scoop the wife or do something. I don't know, bro. Doesn't seem like it's going to get done. I'm just going to end up killing everybody involved. Please, bro, it's really hurting my pride and ego, and I'm in a cage. Shit hurts. I'm really depending on you, bro.

Recall Mr. Khela's fabricated testimony about saying I'm in a cage is a reference to him being in Zanzibar, a resort designation that he traveled to multiple times during this time frame. The government submits that was a ridiculous attempt at obstruction to hide from the fact this is Mr. Cheema inadvertently referencing his detention at the MDC while texting with King.

This is the next day, March 17, yo, what's up, bro. How much money did you give him?

Next day, March 18, call me, call me when you have a moment. I don't see this getting resolved. We need to think this through. We don't want cops involved. Someone's ratting. Reference to Ghost as a link to us. As the Court recalls, Ghost is a username that appears in various messages, both in this particular shooting conspiracy and in the original narcotics trafficking conspiracy.

THE COURT: These are all coming from Ares?

MR. SHAHABIAN: Correct, your Honor. These are all device notifications on the King phone coming from Ares.

Always keep deleting your messages and screenshots and pics, throwing away the phone you use to call them. Come up with a proper idea. We have to scoop them. There's no way shooting him and leaving him and calling him to drop money, not gonna happen.

So this is Mr. Cheema getting frustrated, that the

threats aren't working, the shootings aren't working. Someone is ratting to the police. We have to be careful about not getting caught. We need a new idea. We need to scoop them, which is a reference to kidnapping, as was scoop the wife earlier. We need to scoop him and Baba — Baba being Harjot Bains. We need to do proper homework on him and study the trackers. As the Court may recall from the Government's written submission, part of the evidence that the Canadians seized when arresting King is the location of GPS trackers placed on cars to monitor people's movements.

Ares says, T will get a spot, Empire is back Monday. We need to scoop him and get him to a spot. So this is tracking the victims, discussing kidnapping them to increase the level of extortion beyond already shooting up his house.

This is March 19. Again, just more notifications from the Ares device -- or from Ares to the King device.

A few days later, March 22, you okay, bro? Unanswered video call. 15 minutes later, the defendant accesses his Snapchat -- or someone accesses his Snapchat record account, excuse me, using an iPhone 14 Pro Max. So this is a new device that appears in the Snapchat records. This IP does not return to New York. This one returns to Dallas, Texas.

The government is not contending that the IP addresses are 100 percent accurate. Lauren King testified to that. I would note that if you look at the IP addresses, some of which

the defense had noted in its cross-examination of Lauren King, the iPhone 14 Pro Max appears associated with many of the same IP addresses, that are ones that generally resolve to places other than New York, like Toronto or in this case Dallas.

So it is certainly possible or likely that someone else also had access to Mr. Cheema's Snapchat accounts. We're not claiming he's the only person that did. But the government is noting this to make sure the Court understands the relevance of the Snapchat evidence, is that when the account is accessed, in New York geolocations, it's commonly done at the same time other devices, whether that's the contraband phone or user accounts associated with the contraband phone, are sending messages to King.

So March 22, as I reviewed earlier, this is the day King calls victim two and demands she and her family pay $2 million or return the narcotics that were lost, or they are going to continue shooting at her house.

This is the day after, device notifications from Ares. Okay. Hi, bro. It's okay, bro. Don't worry about it. Sorry I even bothered you. I know you got your own stuff to deal with but, bro, just tell me straight up next time that you don't want to do it. I could have asked someone else.

This is what I was referring to earlier. The defendant was pressuring King to escalate the threats, call victim two to continue the extortion. King did it, and

apparently complained about doing so, for which the defendant apologized to him and said, just tell me next time you don't want to do this.

It continues, I just feel like I'm bothering you, bro, and you are my last straw. After this, I'm just going to kill his whole family. I don't care anymore. I'm getting fed up. I was just saying, because these guys are ready to do the job, but I have someone else too. They owe me money. They will do it for free.

So this is the defendant expressing frustration at the extortion not working, at the threats not working, and being prepared to just cut his losses and kill victim one and two, their family. And he does, and he says they are going to do so by arranging for other people to engage in the violence.

After these messages, there's a video call to Ares that's about 37 minutes. And then another video call that's about two minutes. And then messages from Ares that ask Atomic and Binance TRC, these are references to cryptocurrencies, which we'll continue to discuss.

Two hours after this exchange, the RealDonTana Snapchat account is accessed. This time it's using an iPhone XR. Again, that's the same model phone that was seized from Virk's cell, and this time using an IP address that geolocates to New York, again T-Mobile, not a VPN service.

The Sunny.Cheema Snapchat account is also accessed the

same day at around the same time — again, using the same model phone as the contraband phone, and again, using IP addresses that return to New York.

THE COURT: The second IP address is New York, I take it?

MR. SHAHABIAN: Correct, your Honor. It's both the 139 and 192 IP addresses, as you'll see on slide --

THE COURT: Okay.

MR. SHAHABIAN: These are GX 90713 and 15. Both of those geolocate to New York.

Later in the day, so those messages are sent about 6:00 a.m. UTC, so pretty early in the morning in New York, about 1:00 or 2:00. This is later the evening of March 23rd -- excuse me, evening UTC time, about early afternoon, New York Time. There's more references to cryptocurrency. Hi, bro. Is the USDT TRC, can we do TRC, we need TRC. These are references to Tether and Tara Coin. These are cryptocurrencies.

This is a good point to note that earlier this month, on March 2nd of 2024, the deleted search history for the seized phone from Mr. Virk's cell shows searches for cryptocurrency such as converting $100,000 Canadian dollars to USDT or Tether. Again, this makes sense with the defendant, the Canadian national, is used to dealing with Canadian money. Searching the conversion for this cryptocurrency, it doesn't make sense for Mr. Virk who is not a Canadian national.

These messages are discussed in the government's written submissions. This is part of setting up someone else to shoot the house in exchange for payment for cryptocurrency. So this is, device notifications from Ares to a group chat, introducing a person using the name Money Mitch to King. And this is the defendant saying Mitch, King, this is one of my brothers, he's going to be sending you jobs. Then Ares directly messages King right after, we're going to pay him $4,000, to pepper up the house, to keep shooting the house.

The next say day, there's a reference to cryptocurrency again. Bro got offered TRC. That same day, the RealDonTana account is accessed using the same model phone as the Virk phone. Again, all of these IP addresses geolocate to New York, all T-Mobile ISPs consistent with a cell phone located in the MDC accessing the account.

March 24, again, the Sunny.Cheema Snapchat account accessed using the same model as the contraband phone. Again, the IP address geolocate to New York, showing the defendant's continued access to the contraband phone in the MDC.

March 25, same thing. This time the RealDonTana Snapchat, same model phone, New York IP addresses.

March 26, now things start to get interesting again. So the contraband phone metadata shows that at 1:10 UTC, the MySudo application has log entries. That's from the phone that was seized in the MDC.

These are the log entries. Lauren King testified about them. You can see the dates last connected in the column in the middle — 3-26-2024 at 1:10 a.m.

Two minutes later, the MySudo subpoena records show that a phone number was created ending in 1865 using an Apple phone that is associated with that gottijat subscription that we discussed the last time we were here. This is two minutes after the contraband phone shown accessing -- using the subscription with the same Apple ID that we know is on the same contraband phone.

These are the MySudo records that show the creation of the number — that's here, March 26 at 1:12 GMT time — and that same transaction identifier for the gottijat account ending in 121.

An hour later -- and this number, we're going to come back to in a bit, it's not used right away, the 1865 number. An hour after that number is created using the contraband phone, the metadata shows a carved PDF document. This was also the subject of Ms. King's testimony. It's this cartoon search for Rocksteady. You can see that from the related searches at the bottom, like Rocksteady, TMNTR, and the captions of various images that show these are all searches for the Teenage Mutant Ninja Turtles character Rocksteady.

There are undated Google searches on the contraband phone for Rocksteady, Rocksteady TMNT, Bebop, and Rocksteady.

And there are other pictures of Teenage Mutant Ninja Turtles characters saved on the contraband phone. So, for example, it's hard to see — this is going back a slide — there's the Bebop and Rocksteady 2012 search at the second from the bottom on the right, there's a little image. That image actually is also on the contraband phone. It's one of the marked exhibits. Again, looking at different possible avatars for Rocksteady.

Seven minutes — seven minutes — after the contraband phone looked up those Rocksteady photographs, the cartoon character, the Ares Signal profile changes to Rocksteady.

This is the notification from the King phone showing that the conversation thread he had been having with Ares, all the messages sent from Ares, that profile name has now been changed to Rocksteady. Seven minutes after the contraband phone in the MDC is looking up cartoon images of Rocksteady.

At 2:39, so a couple of seconds later, saves Rocksteady as a contact in his phone with the same Signal account that was previously associated with Ares. This is the Ares account changing to Rocksteady.

And that Signal contact replaces Ares with Rocksteady and adds a profile picture. What is the profile picture? It is the same image that was from a contraband phone in the MDC.

So this is what the defendant did on March 26: He Used the contraband phone. He created a MySudo number that we'll get to in a minute. He looked up pictures for the

Rocksteady avatar, and then he changed his Ares Signal profile to Rocksteady, as reflected in the update to the contact information from the King phone.

Still on March 26, we're now at 2:25 UTC, so this is right before the Rocksteady account changes, but we wanted to tell that story first. We're just going back a few minutes. MySudo records also show that a phone number ending in 4600 was again created with an Apple phone, again using the gottijat associated subscription that's on the phone in the MDC.

These are the MySudo records that show the creation of the account with a supplemental explanation from MySudo giving the timestamp for the creation, the original date of March 27th. When we asked for a time, they said it was actually March 26, at 2:25.

If we go back to the King phone, after this profile change, there's a missed video call to Rocksteady. There's a video call from Rocksteady that's three minutes, Signal message, call me back when you're done. And then three minutes later, Warpath — not Rocksteady — Warpath messages King and says, 4600 — that number that was just created — my new number on Signal, add tomorrow.

King adds that 4600 number to the Rocksteady profile, and it becomes associated with the messages from the Rocksteady profile. So, this is clear evidence of the defendant using all three accounts — Ares, Warpath, Rocksteady. Ares becomes

Rocksteady, a new number is registered for Rocksteady, the 4600 number, and the defendant provides it to King using the Warpath account and saying, this is my new number, add it now, 4600. King does that, saving it as part of the Rocksteady Signal profile. This is the message from Warpath. And this is all happening basically simultaneously.

A few minutes later, the contraband phone shows that the gottijat account was accessed using the Apple keychain. Again, consistent with the gottijat MySudo subscription being used to create these numbers that are used to create the new Rocksteady profile.

The next day, March 27, Signal messages from Rocksteady using that 4600 number that had just been created. This time, he says, hi bro, Tana new, and provides the number I said to hold onto. That was created the same night as the Rocksteady profile, but not used right away. The next day, Rocksteady provides that number to King and says, Tana new, this is another number to save. Again, evidence of constantly changing numbers, constantly changing accounts.

The takeaway — the defendant used the contraband iPhone to create that number the day before on MySudo, and then he provided it to King as the Tana new number using the Rocksteady profile.

Later that day, that number is deleted. Again, you can use MySudo to create numbers, you can use them to delete

them. And two new numbers are registered right after — the 7714 number, which is created on the Android phone this time, not an iPhone, and the 3032 number. The 3032 number was deleted using an Android. So these are the numbers that were just created the day before. 1865, then he deletes it. 3032, deleted. Instead, the new numbers created are 7714 and 6994. They are created minutes apart using an Android with the same subscription.

And then minutes after that, the Rocksteady account provides those numbers to King as new numbers for Tana and new numbers for Gato. Gato, as the Court knows, is Michael Habib, the defendant's cellmate.

Again, just going back to Mr. Khela's absurd lies, he claimed that he did not send the Gato new number, he didn't register that number, he didn't know where it came from, when the evidence is clear from the MySudo records that the same person registered both of these numbers, registered them and then immediately provided them to King using the Rocksteady profile that the defendant created in the MDC.

So he deleted the numbers, he changed them again, he took responsibility for them, both for himself and for Gato.

Later that day, King is arrested; the phone is seized.

So that's the end of the chronology. We think that chronology, on its own, makes clear that the defendant is using this phone to register these accounts, all three of them, and

use them to send messages to the defendant. Not Mr. Khela. It just doesn't make any sense, given the evidence we just walked through. But there's additional evidence that proves that this is the defendant using these accounts to send these messages.

There are three buckets: One, that he used multiple phones in the prison; two, that other evidence outside the chronology that he was using the contraband phone; and, three, evidence from the messages themselves that show it's consistent with him and not with somebody else.

So, the defendant's wife was the subject of a border search, and, as part of that search, they reviewed an iPad she had on her. That iPad showed messages with her and somebody named Savage, who said he wanted to talk to Sunny. His wife says: Sunny said, he said to ask if he could have access to a phone over there and get Snapchat and he can add them. If not, then let me know, I will get a number for him tomorrow. So this is the defendant's wife acting as a go-between for other individuals and saying, if you want to talk to the defendant in prison, get on Snapchat. That's how you talk to him. And this is consistent with the evidence showing the Snapchat account being accessed in New York.

The person's name is Savage, somebody named Savage. He said to tell Sunny he wants to holler at him; let me know what number and what time he can call. Savage was also saved in the device that was on the defendant's wife, the Savage MDC,

again showing the defendant talking through his wife.

The defendant's MDC log shows that he saved a couple of numbers under the name Savage. Again, this is just showing access to devices in the prison that he's using to communicate outside of the regular jail lines.

A woman named Lida — I'm going to butcher her last name — Fakhrolami spoke to the defendant both using the jail phone, specifically the Virk PAC number. That was one of the calls we listened to with the Yakuza boss reference. We know it's the defendant not only because of the sound of his voice, but he also makes references to his lawyer being Dawn Florio. It's clear it's the defendant using Mr. Virk's PAC number. That's not why we're here today, but just so the Court is not confused by Virk associated messages involved the defendant. He's not just sharing his contraband phone, he's sharing a PAC number to call an outside line.

But, in addition to that, messages obtained by CBC during border searches of the facility of the defendant shows that Ms. Lida was also talking to the defendant using a contraband phone.

Ms. Lida said: Guess who messaged me.

Who?

Tana. He has a phone in there.

This is from February of 2023.

If you look at the Snapchat logs, we discussed a lot

of this during the chronology, but this is just a summary. There are multiple devices being used to access the defendant's Snapchats that resolve to New York — the seized phone, which is an iPhone XR, and then another model iPhone and then three different model Androids — multiple devices, all being used to access accounts that belong to the defendant that all geolocate to New York.

On the seized phone, there's a WhatsApp conversation. The messages are not there anymore. But Amrit Jhooty is the defendant's wife. The WhatsApp's profile picture is a picture of her. There's no reason for Mr. Virk to be talking to the defendant's wife. Clearly, he's using the contraband phone also to talk to his wife, as we saw, when he did things like say, I'm on the phone with my wife, call the other phone.

This is just more evidence of the usage of the contraband phone. During a call with Lida, the defendant talks about how he wants to go to Jamaica, he wants to go to Montego Bay, he's been there several times. The contraband phone shows searches for Montego Bay, Jamaica, for vacations if you leave from Toronto. Again, showing the defendant was using not just generally contraband phone, but the seized phone from Mr. Virk's cell.

More evidence that he was using the seized phone from Mr. Virk's cell. He discussed wanting to do a treaty transfer after he's sentenced; that is, he'll be able to serve some of

his prison sentence in Canada. The web history on the contraband phone shows that one of the website's accessed is a booklet on the prisoner treaty transfer permissions between Canada and the United States. It has no relevance to Mr. Virk; it does have direct relevance to Mr. Cheema.

THE COURT: Mr. Virk has no connection to Canada?

MR. SHAHABIAN: Other than associates in the criminal conduct, no. He's not a Canadian national.

THE COURT: Okay.

MR. SHAHABIAN: He had asylum from India in the United States. But as far as the government's aware, he's never lived in Canada, he has no reason to think he's getting a treaty transfer to Canada.

More evidence: This is a recorded call with the defendant's wife on a jail call. They are talking about his fish and what kind of fish tank she needs to keep the fish alive. The web history on the contraband phones show Amazon fish tanks, consistent access to the contraband phones.

Finally, the last bucket: Outside the chronology, how do we know that the Ares/Rocksteady/Warpath accounts not just are consistent with the defendant being the one using them, but act like the defendant? One is the Tana new references when numbers are sent. This is also how the defendant acted during the charged conduct. These are Signal messages from the confidential source who was interacting with the defendant

using many different phone numbers. And when he provides new numbers, just like he did during arranging the shootings at the Ares/Rocksteady/Warpath accounts, he said Tana new. So these are three examples that were taken from the Signal messages.

This is a comparison from the Rocksteady account saying, Tana new, add this one. As just one example, Government Exhibit 601, the 7799 number associated with El Padrino, that was one of the phones seized from Mr. Cheema when he was arrested.

This is how he acts when he provides new phone numbers to conspirators.

We talked about this earlier. There are references to: Call bro phone. I'm on the phone with my wife.

THE COURT: Can we go back to the last one?

MR. SHAHABIAN: Yes, your Honor.

THE COURT: You're saying that when the defendant communicated with the confidential source, he would say, Tana new?

MR. SHAHABIAN: Correct, your Honor.

THE COURT: Padrino is not the confidential source, is he?

MR. SHAHABIAN: No. Padrino is the defendant.

THE COURT: Okay.

MR. SHAHABIAN: So that you see El Padrino is the name, and then there's a phone number associated with that

contact ending 7799, and then the message that's sent is, Tana new. So this is --

THE COURT: Okay. That's a message to the confidential source?

MR. SHAHABIAN: Correct, your Honor.

THE COURT: Okay.

MR. SHAHABIAN: So this is the 7799 phone messaging the confidential source, Tana new, this is my new number, 7799. A phone with this phone number was seized from the defendant when he was arrested.

THE COURT: Okay. Thank you.

MR. SHAHABIAN: There were references to other phones in the messages: Call bro phone, I am on the phone with my wife, call the G phone, Gato new. The government submits these are all references to Michael Habib, also known as Gato, who was sharing a bunk with the defendant during the time frame. So these are the MDC records that show Mr. Cheema is in the upper bunk and Mr. Habib is in the lower bunk throughout the relevant time frame, including when these two numbers are registered by the same MySudo account and provided as the numbers for Tana new and Gato new. That makes sense, they're sharing a cell, they're sharing phones. Mr. Cheema is just registering phone numbers for both of them.

It's also not the first time that the defendant used G as a reference to the defendant or Gato. This is one example.

Again, on the left, you have, call bro phone, call G phone; on the right, you have a Signal message to the confidential source. This is after the narcotics were seized from the New Jersey warehouse and the source was being held responsible. You may recall that Mr. Habib and Mr. Cheema are discussing with the confidential source how he's got to make payment, and this is a message from Tana saying, you need to clear these guys, bro, there's only so much me and G can do or say. That's a reference to Mr. Habib and Mr. Cheema attempting to intercede on the source's behalf after the narcotics were seized.

More evidence that the defendant was the one using this phone to send these messages: He was in the same unit as Virk. These are the cell assignments of not only Cheema and Habib, but also Virk. You can see from December 6, 2023, through January 21, 2024, they are in the same unit, about four cells apart. And then from January 21, 2024, through -- I'm not going to do all the dates, but you can see they're in the same unit. At points, they're even adjoining -- I'll leave it at that — they're in the same unit.

On the contraband phone that was seized from Virk's cell, there's references to the fact that they are in the same unit and that they have multiple phones. So one of the participants in one of these group chats says, you're with bro; someone says, he's in cell beside. They can send messages, though. And this is not a conversation that the defendant is

involved in. This is the user account that's associated with -- Virk is in this chain. So the government is not contending that the defendant is the only person who used this phone, but it's a fact that they all know they have multiple phones and all have the ability to send messages.

At the time these messages were sent, he's in a cell beside him. This is what I was looking for. July 18, 2024, Virk, Cheema, and Habib are next to each other. You can see Cheema and Habib are in Cell 712, upper and lower bunks, Virk is in Cell 713, lower bunk, and on that date, there's a reference to the fact that he's in cell beside, they can send messages, though.

Again, more evidence that this is not Virk who is sending these messages, this is not Kayla registering the gottijat account for Virk and somehow providing it to Virk in the MDC, which makes no sense on its face and is inconsistent with the technical evidence we just walked through. But Cheema is the person who is close to King and to Habib, not Mr. Virk, who is not Canadian and doesn't know these people as well.

So this is an example of that. There are many more we can provide the Court. But this is a message during the charged conspiracy from Cheema to Virk. And in this message, Cheema is a little mad at Virk. He says: You owe Gato and everyone an apology for jumping to conclusions and making even me and King doubt our own people. As the Court may recall,

there were criminations after the narcotics were seized. Virk and Beebe exchanged threats about whose fault it is. And this is Cheema saying, it's not my people, it's not Habib, it's not King, you owe everyone an apology. Again, the evidence is not consistent with anything other than Mr. Cheema being the one using this phone, using the Ares, Warpath, and Rocksteady accounts, to send these messages.

So, I'll stop there. If the Court has any specific questions, we're happy to answer them, but we think the combination of the chronology and the other evidence makes clear that the only plausible explanation is what the government set forth in its written sentencing submission. The defendant used these Signal accounts that he registered and controlled — Warpath, Rocksteady, Ares — to message King and push him to continue the scheme to threaten Victim 1 and Victim 2, Harjot Bains, and get millions back or narcotics back, keep shooting, kidnap them, or kill them all. That was the defendant, that's what he decided to do while he was in the MDC waiting for a sentence from this Court, until he got caught when King was arrested and when that evidence was confirmed by the seizure of the phone from Mr. Virk's cell. After we got all that evidence, the defendant then decided to have Mr. Khela take the stand and concoct this ridiculous explanation that actually he is Ares, Warpath, Rocksteady, and he sent all those messages. The defendant is unrepentant, he needs to face

consequences for his actions, and we think the evidence is clear that this is him.

If the Court has nothing further, I'll stop there.

THE COURT: Thank you, Mr. Shahabian.

So, right now, we're scheduled to have sentencing December 9. What I was going to propose is -- well, Mr. Cohn, how long do you expect your argument to be?

MR. COHN: My current expectation, with advisory based on knowledge that I was wrong the last time, is two to three hours.

THE COURT: Okay.

MR. COHN: It's a question, your Honor, of whittling it down. There are so many slides that we're going to present, it makes the government's presentation technologically and practically impossible. It's a question of whittling that down.

And, also, because I don't think it's necessary staying away from the introduction of new evidence because evidence is closed. It is a rather involved process, as I hope your Honor can appreciate, because much of what was just presented as connective tissue of Mr. Shahabian is just narrating facts. So, we've structured it as a three-part closing. One is a rebuttal to Mr. Shahabian's interpretation of the slides presented between the 19th and today, two is our own PowerPoint presentation, and three is a short, sort of,

summation within a summation. I expect that to be accomplished in two to three hours.

And just to expand on the, sort of, through thread of Mr. Cheema really desiring to get his sentence, one of the things that we discussed today, which slipped my mind, but it's also one of the perils of defendants being produced from MDC. He was produced last week for a *Fatico*, he's produced this week for a *Fatico*, he'll be produced again for a *Fatico*. And those kinds of patterns, the way the MDC works, makes him subject to violent reprisal for accusations that he's a cooperator. So, both as a practical matter and as a consequential matter — those are not the same things — we urge the Court to set as soon as possible a date on which it has the time to sort of handle the closing by us, and I presume that will be the end before your Honor will make a finding on the *Fatico*, and then proceed to sentencing, which your Honor knows how long that will take.

If it's at all possible to schedule a full day in December, not necessarily by the 9th, but any full day in December, where your Honor could schedule that in, we would certainly be greatly appreciative.

THE COURT: So that's exactly what I'm looking at now.

I think it would make sense to do it the week of December 16. That week, I could potentially do the 19th or the 20th, a Thursday or the Friday. The 16th could potentially

work as well, although there would be a codefendant sentencing later that day at 4:00 o'clock. I don't know if that's preferable or less preferable.

How are the parties' availabilities the week of the 16th?

MR. SHAHABIAN: I should caveat this with the fact that I haven't spoken with AUSA Chong or Burnett, the 16th is fine with the caveat of the sentencing of the codefendant. I could also do the 19th. The 20th, I would be unavailable after 2:00 o'clock.

THE COURT: Okay.

Mr. Cohn, it sounds like the 19th makes the most sense, although we're available on the 16th as well, and that would be a 9:00 or 10:00 a.m. start? What I was thinking was starting relatively early, get your closing done by lunch, then break for lunch, allow me time to prepare my conclusions, and then do the sentencing in the afternoon, maybe 3:00 o'clock or something like that.

MR. COHN: That would be excellent, your Honor.

MR. SHAHABIAN: That's fine by the government, your Honor. I would just note that depending on the defendant's summation, the government may wish to briefly bring additional points to the Court's attention in a rebuttal. But I don't expect that taking a --

THE COURT: We can take that up, if necessary.

MR. COHN: Your Honor, of course, we'll go back and forth, as long as your Honor will give us time.

THE COURT: Why don't we do, then, December 19. We'll start at 9:30, if that works for everyone. And, like I said, we will hopefully be done by lunch, and then we'll plan to resume at 2:00 o'clock. I think 2:00 o'clock will hopefully give us enough time, but we'll play it by ear and see how the morning goes.

Does that work for everyone?

MR. COHN: That's perfect, your Honor.

If I may raise one more issue? If the Court would be amenable, and the case law is on all fours or as close, I would like to submit a purely procedural writing, which may obviate the need for our closing.

THE COURT: Sure.

MR. COHN: Hope springs eternal. And, obviously, I would do it in time for the government to have at least a week to respond before the 19th. If we could leave it like that, that's fine. If your Honor would like to set a firm date, I'd also, of course, accept that.

THE COURT: I think that makes sense. Let ask you, what topic do you anticipate briefing, because I was going to propose some briefing as well.

MR. COHN: Obviously, we're trying to keep it before the sentence so sentence could be imposed. I'm going to try

and keep it purely, as much as I can — obviously, there will be a mixture of the fact that largely the government has presented and argued — but it's going to be an argument along the lines that despite all the permissibility and sort of informal presentations of evidence at a sentencing, in this particular case, we've gone way beyond the limit of what would be permissible as regard to defendant's Constitutional rights to confront this evidence and to be found responsible for it. You know, I'm sort of trying to think of a hook to sink into my research, but it's something analogous to sort of what happened in *Gall v. United States* and its progeny. There was a limit found as to how the Court can expose a defendant, in that case, the context was drug quantity and the mandatory nature of the guidelines, but I think that a very powerful argument can be made that we've traversed far beyond the limits of a sentencing argument, a 3553(a) argument. Although, I want to draw attention to the fact that — and I will certainly do this in the papers — Mr. Shahabian, in the last conference, argued that it was relevant conduct under the guidelines, which I think puts the final nail in the coffin of his argument that they are not violating the plea agreement. But I'll say -- I'm sorry, it was an unfocused answer to your Honor's question. I'll try to keep it as case law focused as possible about the limits of sentencing exposure for factors under 3553(a) or relevant conduct.

THE COURT: Again, when would you propose to make that submission?

MR. COHN: I did not propose a specific date. I did propose and commit to doing any such submission, I guess it would have to be, by the latest, December 11, because that would give the government a week. It doesn't give your Honor much time to consider the written arguments. I will do it as quickly as possible, but if your Honor could give me, at most, till the 12th, I would appreciate it.

THE COURT: This probably will come in response to that, but, Mr. Shahabian, I was going to ask for a submission from the government explaining exactly the legal basis for considering all this evidence, whether it is coming in as history and characteristics of the defendant, whether it's coming in as relevant conduct. My understanding is that there's no argument being made by either side that the guidelines range and the plea agreement should change here, but if that's not the case, let me know. But in terms of a submission like that, I do want to make sure I do have enough time to review it in advance of sentencing on the 19th so we don't have any further delays. Are you able to respond to the defense submission and also include addressing topics that I mentioned by close of business December 17 if you get the defense submission on the 12th?

MR. SHAHABIAN: Yes, your Honor.

THE COURT: Great.

MR. COHN: I will try to get it in before the 12th.

THE COURT: That would be great. Thank you.

MR. SHAHABIAN: Just to sharpen the briefing, if there is going to be objection to relevant conduct as a breach of the plea agreement, I'm sure the Court is aware from other briefings we submitted, the plea agreement specifically permits the government to bring all relevant facts to the Court's attention. So we don't think there's any breach here.

THE COURT: Okay.

MR. COHN: Since that was raised, I feel the need to point out the difference between relevant facts and relevant conduct, which is obviously a legal term.

THE COURT: If we're talking about relevant conduct, that it should change the guidelines --

MR. SHAHABIAN: The government is not seeking any adjustments to the guidelines range.

THE COURT: Okay. I think that, then, addresses what we need to. The defense will make their submission by December 12. Hopefully earlier, if at all possible. The government will make their submission by December 17 by close of business. We will then resume this hearing with arguments from Mr. Cohn on December 19, at 9:30. And then we will hope to be able to do the sentencing, at long last, Mr. Cheema, on the 19th, at 2:00 p.m.

Okay. Anything further, then?

MR. COHN: Nothing for Mr. Cheema, your Honor.

THE COURT: Great.

MR. SHAHABIAN: Nothing from the government, your Honor.

THE COURT: Thank you, all. Hope everyone stays well, and see you in December.

(Adjourned)