**JEFFREY COHN**
Attorney at Law
212 East 57th Street
Suite 16A
New York, NY 10028
646-201-5202
jcohnlaw@gmail.com

December 18, 2024
By ECF
The Honorable John P. Cronan

Re: *United States v. Surinder Singh Cheema,* 22 Cr. 618 (JPC)

Dear Judge Cronan,

I write to address two arguments the government made in the December 9, 2024 sentencing submission against Chris Burgos. For the reasons which follow, Mr. Cheema (hereafter Sunny) is neither a member of the Wolfpack Alliance criminal organization nor did he occupy a higher role in the conspiracy than Burgos.

First, as regards the Wolfpack, the government's allegations to the Court that Sunny is a member come from two sources: 1) a tattoo of a Canadian wolf he has on his chest; and 2) a screenshot of a message Sunny had on his personal phone which appears like it depicted someone welcoming a different person to the Wolfpack. Sunny got the tattoo in 2018, long before March, 2022 when the government claims he became a member and in no way to indicate any association with the Wolfpack. As the Court may have observed, Sunny has many tattoos which are a reflection of his personal tastes, not allegiance to any gang besides his family. And, if the person who sent the screenshot wanted to welcome Sunny to the Wolfpack, why not send him a text welcoming him, not a screenshot of a text to someone else welcoming them? Finally, the Royal Canadian Mounted Police and British Columbia authorities keep precise tabs on Wolfpack members for all sorts of reasons. Indeed, the Wolfpack is almost exclusively located in British Columbia, about a thousand kilometers from where Sunny lives in Ontario. Wolfpack members are rare in Ontario and if there are the local authorities know about them and no reference from Canada or anywhere has indicated he is a member.

As regards the Burgos v. Sunny comparison: at the beginning of this conspiracy Sunny was basically a facilitator for shipping drug loads. Meanwhile Burgos had a hands-on role unloading drugs in a warehouse, where he hired other people to unload the narcotics. And, Burgos intended to aid in the reception and transportation of convicted murderers before the latter died in a plane crash. Finally, even after several seizures, Burgos was recorded telling Eli Kipperman that he was riding around with a gun to combat any attacks, brazenly inviting reprisal attempts from Mexican cartel members and telling Kipperman he was still willing to receive narcotics if Kipperman split the proceeds with him evenly. Even if the Court were to only consider Burgos' intention as regards the hitmen, that is conduct on which the government

heavily relies in seeking a 30-year sentence for Mike Habib. When the Court evaluates the comparative roles, despite the positions the government has taken as regards what they argue, it would be manifestly unfair if Sunny received a higher sentence than Burgos.

As regards our reply to the government's opposition to our due process argument, we will reply on the record tomorrow.

Sincerely,

Jeffrey Cohn

copy/ AUSAs Chong, Shahabian and Burnett and co-counsel Dawn Florio and Declan Murray (all by ECF and email)