**JEFFREY COHN**
Attorney at Law
212 East 57th Street
Suite 16A
New York, NY 10028
646-201-5202
jcohnlaw@gmail.com

December 22, 2024
By ECF
The Honorable John P. Cronan

Re: *United States v. Surinder Singh Cheema*, 22 Cr. 618 (JPC)

Dear Judge Cronan,

I write for two reasons: 1) to advise the Court that I am filing the documents the Court asked me to file on ECF with redactions made by the government; and 2) to request that to the extent possible, please specify which part of the Court's 216 month sentence was based on the post plea conduct the Court found after the sentencing hearing. It was my mistake not to request the latter at the end of the sentencing and such a delineation will sharpen the issue of the Due Process claim for the Second Circuit.

Sincerely,

Jeffrey Cohn

copy/ AUSAs Chong, Shahabian and Burnett and co-counsel Dawn Florio and Declan Murray (all by ECF and email)

**Cross Reference PR220277770**

On December 18th, 2023, [redacted] contacted 21 Division requesting to provide information in regards to a shooting. [redacted] was subsequently located and placed under arrest on the strength of an outstanding bench warrant.

[redacted] provided a videotaped statement, in which he provided an alibi and alleged that [redacted] is involved in drug trafficking, which is why [redacted] s residence was targeted.

[redacted] rose gold iPhone was seized and a warrant to search was granted. An analysis of the extraction of is still pending.

**Cross Reference PR230415681**

On December 28th, 2023, at 8:04pm, [redacted] contacted police to advise that 3-4 males were present at AMG Global, located a 425 Gibraltar Drive, threatening him, and were in possession of firearms. This occurrence was originally determined to be unfounded by responding officers and therefore the occurrence was not immediately available for review.

[redacted] noted as not being forthcoming with information at the time of the alleged incident.

Further investigation is required.

**Cross Reference PR240022470**

On Thursday January 18th, 2024, at approximately 6:55pm, the suspect vehicle pulled in front of [redacted] and discharged eleven (11) 9mm rounds into the garage of the residence and a 2022 white Honda, which was unoccupied and parked in the driveway.

The complainant, [redacted] advised that [redacted] were not home at the time of the incident. She further advised that her parents were currently in India.

**Cross Reference PR240054809 and PR240054835**

On Thursday February 15th, 2024, at approximately 8:17pm, seven (7) gunshots were reported to have been heard in the area of Inder Heights Drive, in the City of Brampton. Uniform officers attended multiple addresses, including [redacted] the primary residence of [redacted] (1980/08/01).

On Thursday February 15th, 2024, at approximately 8:56pm, suspect(s) attended AMG Global, located at 425 Gibraltar Drive and fired eight (8) 9mm rounds into the main office of the building. A dispatcher, [redacted] was present at the time of shooting and provided a video-taped statement. No injuries were reported.

[redacted] provided a video-taped statement. He alleged that [redacted] are business partners and are "moving bricks of cocaine" utilizing his farmhouse in Campbellville [redacted]. He further advised that approximately "75 bricks of cocaine are missing".

[redacted] believed that a male named "Vicky KHELA", [redacted] and an unknown "Iranian male" were involved in or planned the shooting at [redacted] (PR230403691).

On March 1st, 2024 a Preliminary CFS Linkage (IBIS – casings) was developed to TPS GO# 2244408. No investigative value has been identified as a result of the linkage.

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD Document participants have digitally signed. All signatures have been verified by a certified FBI information system. |
|---|---|---|

**HEADER**

**Source ID:** [redacted]
**Date:** 03/28/2022
**Case Agent Name:** CURRA, BERNARDO D.
**Field Office/Division:** New York
**Squad:** ID 24

**SOURCE REPORTING**

**Date of Contact:** 03/22/2022

**List all present including yourself (do not include the CHS):**
SA Kelly M Cunningham
CBP TFO Anthony Fontana
SA Jim Bayrooty
NYPD TFO Erik Hirsch

**Type of Contact:** In Person

**Country:** UNITED STATES
**City:** New York
**State:** New York

**Date of Report:** 03/28/2022

| Substantive Case File Number |
|---|
| 281C-NY-3573189 |

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
Confidential Human Source(CHS) provided the following information on 3/22/22:

[redacted]

[redacted]

TANA (known to agents as VICKRAMJIT SINGH KHELA) has several monikers on Signal, to include PAPO (phone number 226-777-3308) and two "money bag" emojis (phone number 647-280-0205). TANA is in California and brings the boxes and/or bags to the truck/van drivers in California that are destined for New Jersey.

[redacted]

[redacted]

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD<br>Document participants have digitally signed. All signatures have been verified by a certified FBI information system. |
|---|---|---|

[redacted]

Agents presented CHS with a photobook and asked if the CHS recognized the individuals in the photo (photobook has been attached digitally):

1. Yes, [redacted]

2. No

3. No

4. Yes, [redacted]

5. No

6. Yes, TANA

7. No

8. No

9. No

10. No

11. Could possibly be KING

12. No

13. Yes, [redacted]

**Synopsis:**
Update on Wolfpack operations.

**SIGNATURE**

| | | |
|---|---|---|
| Submitted By | KCUNNINGHAM (CUNNINGHAM, KELLY) | Mon, 11 Apr 2022 19:11:58 -04:00 |
| First Level Approved By | smsomma (SOMMA, STEPHEN) | Wed, 13 Apr 2022 15:03:39 -04:00 |

**Docket No. 0208 S1 22 CR 618-003 (JPC)**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

B E T W E E N:

v.

SURINDER SINGH CHEEMA

*Defendant*

**AFFIDAVIT OF VICKRAMJIT SINGH KHELA**

I, **VICKRAMJIT SINGH KHELA,** of the Town of Melancthon, in the Province of Ontario, **MAKE OATH AND SAY AS FOLLOWS:**

1. I am a former associate and personal childhood friend of Surinder Singh CHEEMA ("CHEEMA") and as such, I have knowledge of the matters hereinafter deposed. In those instances, in which I have been described or learned of an event or a circumstance, I do so verily believe those facts to be accurate and true.

2. On September 22, 2024, I swore an Affidavit outlining as well as detailing my long-standing relationship with CHEEMA. I explained various aspects of our association. We started out as friends during our youth and then, later as business partners in our years as young adults. I also provided a fair amount of insight respecting the bond that existed between our families.

3. The main purpose of that writing was to convey the fact that CHEEMA is not the author of various text communications which are presently being attributed to him by the District Attorney's office in the Southern District of New York. At the time, I expressly acknowledged that I was the person who had been messaging "**KING**" during the months of February and March 2024.

4. Further, I unequivocally stated that I was the individual using the Signal screen names of "**ARES**", "**ROCKSTEADY**", and "**WARPATH**". These were the online identities that I had assumed to coordinate and conduct the illicit activities which had become a normal part of my life throughout that time. Back then, I believed that the best way of avoiding detection was to hide my true name. There is a very select number of individuals who know both my correct surname and given name. "**KING**" is one of those persons.

5. In October 2023, I organized the importation of 75 kilograms of cocaine which was to enter Canada via transport truck. The drugs were to cross the Ambassador Bridge border in Windsor, Ontario. To be precise, in the world of "drug importation" when the phrase "organize" is used it is meant to define the fact that I connected two different parties with one another for the sole purpose of bringing cocaine into the country.

6. Essentially, my job was to source out a logistics carrier for a group of individuals in the United States of America ("USA") who were selling a significant quantity of cocaine to another group in Canada. The transport company I contracted would then bring the drugs back to the Greater Toronto Area ("GTA"). In exchange, I was to receive a cash fee which I would then split with the owner of the logistics business.

7. In this instance, the transport carrier I used was a local company known as AMG Global ("AMG"). The owner of AMG i[redacted] also has a partner name[redacted] Together, the two operate AMG and are well known within the narcotics transport industry to be persons who can facilitate the travel as well as delivery of drugs between Canada and the USA.

8. In October 2023, I had known [redacted] and [redacted] for a period of approximately five months. That said, AMG has a reputation for being a reliable and well-organized company which has not had any trouble with the law. In late October 2023, I was expecting delivery of 75 kilograms of cocaine to a customer in the GTA. However, the drugs did not arrive at their final destination on time. In fact, they did not arrive at all.

9. In this business, when someone's product does not arrive where it is supposed to go on time, the person who "organized" the transport of those goods is the one who is ultimately held responsible. Hence, in my situation, that person was me. I immediately started receiving calls regarding the whereabouts of the load. In turn, I right away contacted [redacted] and started questioning what happened to the product.

10. At first, both [redacted] and [redacted] told me that the load had been seized at the border by the Canada Border Services Agency ("CBSA"). They told me that the driver had been arrested and that they were in the process of arranging a lawyer to deal with his bail. In the drug industry, there is a protocol for establishing the truthfulness of situations like this (ie. when drugs get seized at the border).

11. The protocol involves evidence from the transport company that in fact their driver has been arrested and further, that the CBSA has seized the load. Basically, AMG was required to give me a copy of the seizure paperwork and or a copy of the bail materials for their driver. Initially, [redacted] was readily willing to provide the necessary documentation to substantiate his claim. But then, after 48 hours or so, he started making excuses as to why he could not secure the paperwork quickly.

12. At the same time, I was receiving pressure from the customer to produce evidence of the seizure or otherwise, come up with $2,000,000.00 CDN. This was the sum needed to cover the cost of the cocaine. Obviously, I did not have anything remotely close to this kind of money. There was no way I could ever pay this amount back.

13. Eventually, and after several phone calls, messages as well as in person visits, the AMG partners provided me with proof that the driver had been arrested. Personally, I had never encountered this scenario and as such, I did not even know what seizure or arrest paperwork looks like. Nevertheless, I forwarded whatever [redacted] gave me to the customer in the USA. They immediately told me that the documents were fake and then accused me of stealing the load.

14. I was told that I need to either produce the cocaine or $2,000,000.00 CDN within 72 hours or I would wind up in a graveyard. I contacted both [redacted] and [redacted] to advise them that I knew that they had played me. I told them that if the cocaine is not returned to me within 48 hours, they will both pay a heavy price. This meeting took place in person. Interestingly, about 15 minutes after we met, [redacted] called me and

essentially, blamed the disappearance of the drugs entirely on [redacted] I told him that I did not care which of the two ripped the drugs off and that they were both responsible to either pay or return the cocaine.

15. At the same time, I began to organize and plan for the possibility that [redacted] did not return the drugs. As it turned out, neither [redacted] nor [redacted] returned the cocaine or the $2,000,000.00 CDN. That said, I was able to convince the customer that it was not me who had taken the drugs and instead, it was the AMG partners. Much of the customers trust in me had to do with the fact that they had known I went by the name "TANA".

16. As I indicated previously, I used the name "TANA" as it opened certain doors for me and created relationships that I would not have been able to establish on my own. But again, CHEEMA was **NOT** aware of my use of his nickname. I had not even seen him since late January 2023. My efforts to retrieve money or the drugs from [redacted] lasted a lot longer than I had initially anticipated. But more importantly, those attempts took a lot longer than the customer was willing to wait.

17. Accordingly, around the middle of November 2023, I left Canada and went to the country of Zanzibar in Africa. I went to the furthest most remote area I could possibly think of to ensure that I would not be found. The customer had been getting impatient and once more, began threatening me. They stated that they had given me as much latitude as possible and now was the time that I needed to come up with the money or the product.

18. As such, I left the country while at the same time, reached out to various associates who I believed could assist me in getting the money or drugs back from [redacted] During

these days, I came to learn that both [redacted] and [redacted] had ripped off cocaine from **another customer** in the GTA. In December 2023, I came to learn that [redacted] had been assaulted at a rural farmhouse owned by [redacted] I was told and I do believe that [redacted] was severely beaten and told that if he did not return that person's product, he would wind up dead. [redacted] flew to India within 1-2 days of this event.

19. I returned to Canada from Africa around the third week of December 2023. Given that the issue with the missing drugs had not yet been resolved, I only remained in the country for about two weeks. I went back to Zanzibar in early January 2024. After my return to Africa, I became increasingly agitated with [redacted] and [redacted] I felt like I was stuck in a world that I had no connection to while the men who ripped me off were roaming freely in their own backyard without a care.

20. As time passed, the fact that [redacted] was not paying the money started to make me look like a fool. I was advised and I do believe that rumors were being spread that I had been ripped off for a significant quantity of drugs and I had done nothing about it. On top of that, people were saying that I feared getting killed and that I had run away from home because of that. By late January, early February 2023, my patience had run thin.

21. I began communicating with "**KING**" and organizing plans to scare [redacted] and [redacted] as well as both of their families. Much of these plans had to do with threatening and showing these people that I was no longer going to sit and wait for them. Thus, with the assistance of some associates, I made sure that [redacted] and [redacted] knew the situation was serious.

22. I understand that the District Attorney's office in the Southern District of New York is in possession of certain communications and messages which were extracted from a cellular device belonging to "**KING**". I am further advised, and I do believe that those messages detail much of the violence that I had been organizing in an attempt to make [redacted] return the drugs or pay the money for them.

23. As I previously stated, it was me who used the screen names of "**WARPATH**", "**ARES**" and "**ROCKSTEADY**" to communicate with "**KING**". I do not understand why the District Attorney's office believes that those messages were sent by CHEEMA. There is **nothing** in the content of the messages which even remotely suggests CHEEMA had any connection to the missing 75 kilograms of cocaine.

24. Moreover, the content of some of the messages clearly indicate that I am the one who authored them. For example, on March 16, 2024, I asked "**KING**" if he had found out anything about "RAJAN" and "RAJ". These are two individuals who reside in Brampton, Ontario Canada. CHEEMA does not know who these people are let alone their names. The first person is "RAJAN DHALIWAL", and the second person is "RAJ GREWAL".

25. Given that I had been away from Canada for so long, I was asking "**KING**" if had heard anything about these two individuals as I had known that they were going through some personal problems of their own. Additionally, in this same conversation, I told "**KING**" that I felt like I was in a "cage" because I was stuck in Africa while my family and every other person who is important to me was an ocean away. In fact, this is the main reason that I had been growing more frustrated with [redacted] and [redacted]

26. Further, at the time of this conversation, I was so angry at the situation that in the next number of days, the messages clearly show my desire to rapidly increase the level of violence being employed against the two men. It is after March 16, 2024, and subsequent to my feeling as though I was locked in a "cage" that I started to muse about harming their families. Although I now understand how stupid of me it was to think like that, during those days, I literally felt like I was in a box with no out in sight.

27. I could not return home. I had no where to go. I did not know anyone in Zanzibar, and I was alone. I believe anyone in that predicament would have felt like an animal stuck in a giant "cage". As such, I started telling "**KING**" to escalate the level of violence as it appeared to me that [redacted] and [redacted] no longer cared to fix what they had caused.

28. I am still dumbfounded as to why the US Attorney's office in New York believes that CHEEMA was the person orchestrating the violence. He was not. I have not communicated nor coordinated with him since January 2023. The only thing I did that is in any way connected to CHEEMA is that I used the street level nickname "**TANA**". I did not ever contemplate that someone would confuse my use of this name with CHEEMA's use of it given that he was in a United States prison.

29. I assumed CHEEMA is in jail and he is not going to be calling or speaking to people using the name "TANA". Again, CHEEMA is **NOT** the one who arranged the commission of violence against [redacted] and [redacted] in Brampton, Ontario Canada. As well, I am told, and I do believe that [redacted] advised Peel Regional Police that he

believes that it was me who organized a shooting at the home of his business partner. He identified me by name as he is aware of who I am. I have met [redacted] multiple times.

30. As above noted, both [redacted] and [redacted] are well known in the drug industry. I am advised and I do believe that [redacted] is currently on home confinement because of a recent firearms related conviction. He was caught in possession of a loaded handgun in his home after his wife contacted Police during a domestic dispute. This man is not someone who is credible or trustworthy.

31. In addition to myself, [redacted] has told Peel Regional Police that he believes **four** or **five** different people are responsible for the shootings at his business and home. I am one of those people. Of the remaining persons (*three of whom were recently arrested*), **none** are said to be CHEEMA. This is because [redacted] does **NOT** know CHEEMA and has **NO** affiliation to him. There is absolutely **NO** animus between these two individuals.

32. I, amongst others, am the one who was after [redacted] in December 2023 and January, February and March 2024. I am the one who was communicating with "**KING**" during those months using the screen names of "**WARPATH**", "**ROCKSTEADY**" and "**ARES**". I do not wish to see CHEEMA pay for actions and behaviors committed by me. It is not his fault that I used the "TANA" name while he was in custody.

33. I understand that making this Affidavit and providing sworn testimony about the facts stated herein may subject me to criminal prosecution in the Southern District of New York in the State of New York in the United States of America and or in the Regional Municipality of Peel in the Province of Ontario in Canada. I have been informed that the

facts to which I have deposed herein can be used against me in a subsequent criminal prosecution and that I am not immune from such a circumstance.

34. I also understand that I could be liable to being prosecuted for any offences related to gun violence or conspiring to commit firearm crimes, including, but not limited to, murder, attempted murder and or conspiracy to commit murder. I am also aware that if I am convicted of any one of these offences, I could face a significant period of incarceration.

35. Further, although I have been told it is difficult to predict the term, I know I could end up with a lengthy jail sentence if I were to be convicted of any of the above crimes. I have also been advised that falsely swearing an Affidavit can result in a prosecution for perjury and or obstruction of justice both in the United States of America and in Canada.

36. Despite acknowledging that I have been advised of what is stated in paragraphs 29-31 and further, clearly acknowledging that I understand all that I have been told, I continue to maintain that the facts that I have herein deposed are complete, accurate and true. I also acknowledge that I have been provided with the opportunity to seek independent legal advice prior to swearing this Affidavit and I have declined to do so. I make this Affidavit for the purposes stated herein and not for any other or improper reason.

SWORN before me in the City )
of Brampton, in the Province of )
Ontario, this 7th day of )
October, 2024 )

VICKRAMJIT SINGH KHELA

A COMMISSIONER, etc.,

Manbir S. Sodhi
Barrister & Solicitor & Notary Public

Sodhi Law Office
Professional Corporation
102-9 George Street North
Brampton, ON L6X 0T6

MANBIR SINGH SODHI NOTARY PUBLIC ONTARIO

**UNITED STATES OF AMERICA** - v – **SURINDER SINGH CHEEMA**
Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT**
**OF NEW YORK**

*AFFIDAVIT OF VICKRAMJIT SINGH KHELA*

**SODHI LAW OFFICE PROFESSIONAL CORPORATION**
9 George Street North, Suite 102
Brampton, ON
L6X 0T6

**Manbir S. Sodhi, B.A. LLB**
**Barrister & Solicitor**
LSUC No.: 49678Q
Telephone No.: 905.457.2546
Facsimile No.: 905.457.0457

Counsel for Vickramjit Singh Khela

**Docket No. 0208 S1 22 CR 618-003 (JPC)**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

B E T W E E N:

v.

SURINDER SINGH CHEEMA

*Defendant*

**AFFIDAVIT OF VICKRAMJIT SINGH KHELA**

I, **VICKRAMJIT SINGH KHELA,** of the Town of Melancthon, in the Province of Ontario, **MAKE OATH AND SAY AS FOLLOWS:**

1. I am a former associate and personal childhood friend of Surinder Singh CHEEMA ("CHEEMA") and as such, I have knowledge of the matters hereinafter deposed. In those instances, in which I have been described or learned of an event or a circumstance, I do so verily believe those facts to be accurate and true.

2. I am currently 27 years old. I reside at 197510 2nd Line NE Melancthon, Ontario Canada L9V 2H4 with my mother and father. I have one older sister (*who is one year older than me*) and one younger sister (*who is one year younger than me*). I also have a younger brother who is 18 years old. All three of my siblings reside in Toronto, Ontario Canada.

V.K

3. My cultural background is Punjabi and while I am not overly religious, my family belongs to the Sikh faith. Both of my parents are first generation East Indian immigrants. They arrived in Canada in 1993 after leaving their home in the State of Punjab in India. They left because of widespread poverty and poor economic opportunity.

4. Much as any first-generation immigrant, my parents came to Canada to raise a family and give their children a life that would not have been possible in India. I recall growing up as a child and being told that my mother and father left their own parents, siblings as well as friends so that we could take advantage of opportunities they never had.

5. I remember my mother always saying "*...make sure you go to University...in this world you're nothing if you don't have an education...*". She always stressed to the four of us how she was never able to pursue post-secondary schooling because her family could not afford it. She wanted to ensure that we all had that chance. My mother worked day and night so that her children could chase each of their dreams. My father did the same.

6. Unfortunately, for much of my life and up to this present moment, I have not taken advantage of the sacrifices made by my parents. I am the only one of my siblings who did not study beyond high school. As a teen, I did not like school. I did not get good grades, and I often found myself missing classes to hang out with friends.

7. As far back as I can recall, I have always had a very tight-knit circle of friends. In high school, I spent most of my time with only two people. One of those individuals was my high school girlfriend and the other was CHEEMA. I have known CHEEMA for the

V.K

better portion of my life. In fact, both of our mothers worked together at the same plastics factory in Mississauga, Ontario Canada, namely, Axium Plastics Inc. ("AXIUM"). His mother started at AXIUM in 1992 whereas my mother commenced her employment in 2000. His mother retired in 2016 but mine continues to work there presently.

8. That said, as the years progressed, our two families grew closer together. By the time I was 13 years old, my family would regularly visit CHEEMA's home, and his family often came to our house. I used to call his mother and father "Massi" and "Massard" and likewise, he would use the same names for my mom and dad. In our culture, "Massi" means an aunt who is your mother's sister while the word "Massard" describes the uncle who is married to your mother's sister (ie. the uncle who is married to your "Massi").

9. The desire to use these culturally significant titles instead of using the typical label of "Aunt" and "Uncle" for each other's parents no doubt illustrates the familial connection shared by our mothers. Essentially, my mom and CHEEMA's mother viewed themselves as sisters. As a result, I started thinking of CHEEMA as an older cousin brother. After all, if our moms were sisters, then obviously, we would be cousins.

10. Moreover, as a young child, I had always wanted a brother. I remember being mad at the fact that my older sibling was a girl and not a boy. And although I don't recall this, my parents say that when I was 6 years old, I tried to cut my older sister's hair short using a pair of scissors because I desperately wanted a brother. Hence, back when I was 14-15 years old, I used to tell people that CHEEMA was my older brother.

V.K

11. At the time, he was four years older than me, and since we were both Punjabi, most people accepted that we were related. I always felt "cool" when I was around CHEEMA. As children, we would meet at AXIUM employee picnics, Christmas events and or other holiday occasions. However, as a teenager, I hung around with CHEEMA because I wanted to be just like him. In retrospect, I believe I idolized him during those years.

12. As our relationship developed, people would often say that we were the same person. Most of our friends called me CHEEMA's "mini-me". By the time I finished high school, he was already working and making money. Given that I did not like school, and I saw that CHEEMA was making money without continuing school, I too, decided that I would get a job (*after high school*) rather than keep studying.

13. In the following few years, I lived at home and began working. I worked at various jobs and did a variety of different things. For a couple of years, I even worked as a cell phone technician. I learned how to fix I-phones, Androids and many other types of devices. I became extremely proficient in the workings of cellular technology.

14. CHEEMA and I often dreamt of the day that we would be rich, and our kids would play together just the same way we had when we were children. We would often come up with plans and business ideas that would turn us into the next "Elon Musk" or "Mark Zuckerberg". One of the more fruitful ideas we came up with was the sale of residential Solar panels. Basically, we decided that we would manufacture and then sell Solar panels to homeowners in both the United States and Canada.

V.K

15. Accordingly, in early 2022, we travelled to California, United States to figure out the Solar panel market as well as determine the best way to start our business. Unfortunately, in November 2022, CHEEMA was arrested while in California for the offence of *Conspiracy to Distribute and Possess with Intent to Distribute Cocaine*. He has been in custody in a federal prison since that time.

16. After this happened, I returned to my parent's home in Canada. To be honest, I was mentally distraught for several months before I started to get my life back together. We were finally putting together a plan and an idea that was going to take us somewhere and then suddenly, this happened. By the end of 2023, I essentially lost contact with CHEEMA. He was in a United States jail and I was living at home in Canada.

17. Obviously, our mothers still talked all the time but my connection to CHEEMA seemed to fade away. In the start, I was just in shock that this had happened but as time passed, I started realizing that I was no longer a 16-17 year old kid and I needed to start doing things for myself.

18. A few months ago, my mother told me that CHEEMA's case was not going well. She said that he was going to be sentenced to jail for a period much longer than his family had originally anticipated. Although, I did not entirely understand what she was talking about I did grasp that CHEEMA was being blamed for some street level violence which had taken place in Brampton, Ontario Canada.

19. Given that I had not spoken to CHEEMA in such a long time, naturally, I was curious as to what he could possibly be doing in a United States jail that was resulting in violence

V.K

back here. Hence, I called his brother, Dapinder CHEEMA ("D. CHEEMA"). Although I have always been closest to CHEEMA, I still had a decent relationship with his older brother. Even though the two of them are opposites, I still got along with D. CHEEMA fairly well. I knew I could call him and ask what was going on.

20. Accordingly, I did exactly that. He told me that CHEEMA was being blamed for orchestrating several shootings in Brampton, Ontario Canada. He told me that the victim of the shootings was an individual named [redacted] He also said that the District Attorney's office in the Southern District of New York believes that CHEEMA has been using the nickname "Tana" while in custody to contact and set up violence against [redacted]

21. As I was listening to D. CHEEMA explain all of this to me, I started to get goosebumps. I did not say anything at that moment, but I knew exactly what CHEEMA's brother was talking about. I knew because the person arranging violence against [redacted] in Brampton, Ontario Canada was in fact me. After CHEEMA's arrest, I started using the street name "Tana" as a way to disguise my true identity.

22. At the time, I was involved in several illegal activities, and I had always wanted to use the name "Tana" as a spin of the gangster name "Tony Montana". I was also aware that prior to his incarceration, people used to call CHEEMA "Tana". At first, I figured that he was in jail, so it did not matter if I used the name. But then, I started noticing that people were confusing me with him. Some people would message me and say "*hey, I thought you were in jail*". I quickly realized that they were confusing me with CHEEMA.

V.K

23. To be honest, I did not take the time to clarify anyone's misunderstanding. In fact, I let people think that I was CHEEMA because it seemed to be opening a number of doors to me that I did not previously have access to. But once D. CHEEMA explained to me what was going on with his brother in the Southern District of New York, I immediately knew that I could not let CHEEMA get blamed for the things I was doing.

24. I am the one who was arranging and orchestrating the violence in Brampton, Ontario Canada involving [redacted] In the months of December 2023, January, February and March 2024, I was organizing various individuals to threaten as well as commit violence against [redacted] I even organized shootings at his trucking business.

25. Moreover, I am the one who was using the Signal messaging screen names of **WARPATH**, **ROCKSTEADY** and **ARES**. I have absolutely **ZERO** idea as to why the District Attorney's office in the Southern District of New York believes that CHEEMA had anything to do with these events. I do not even clearly understand how the United States authorities found out about all of this.

26. Additionally, although I was using the name "Tana" on the street, I did **NOT** use this name to send messages on Signal. People knew me as "Tana", but I did not use this name to send messages. Given my familiarity with cell phones and technology, I was very careful to ensure that I regularly changed screen names to conceal my identity. Further, I would never use the same street name and same screen messaging name.

27. I am still dumbfounded as to why the US Attorney's office in New York believes that CHEEMA was the person orchestrating violence in another country. He was not. I have

V.K

not communicated nor coordinated with him since shortly after his incarceration. The only thing I did that is in any way connected to CHEEMA is that I used the street level nickname "Tana". I did not ever contemplate that someone would confuse my use of this name with CHEEMA's use of it because he was in a United States prison.

28. I assumed CHEEMA is in jail and he is not going to be calling or speaking to people using the street name "Tana". Hence, I am unequivocally saying that CHEEMA is **NOT** the one who arranged the commission of violence against [redacted] in Brampton, Ontario Canada. I am. Further, CHEEMA is **NOT** the person using the Signal messaging screen names **WARPATH**, **ROCKSTEADY** and **ARES**. I am.

29. I understand that making this Affidavit and providing sworn testimony about the facts stated herein may subject me to criminal prosecution in the Southern District of New York in the State of New York in the United States of America and or in the Regional Municipality of Peel in the Province of Ontario in Canada. I have been informed that the facts to which I have deposed herein can be used against me in a subsequent criminal prosecution and that I am not immune from such a circumstance.

30. I also understand that I could be liable to being prosecuted for any offences related to gun violence or conspiring to commit firearm crimes, including, but not limited to, murder, attempted murder and or conspiracy to commit murder. I am also aware that if I am convicted of any one of these offences, I could face a significant period of incarceration. Although I have been told it is difficult to predict the term, I know I could end up with a lengthy jail sentence if I were to be convicted of any of the above crimes.

V.K

31. I have also been advised that falsely swearing an Affidavit can result in a prosecution for perjury and or obstruction of justice both in the United States of America and in Canada. I am also informed that these offences can carry significant jail sentences if I am convicted of any such crime.

32. Despite acknowledging that I have been advised of what is stated in paragraphs 29-31 and further, clearly acknowledging that I understand all that I have been told, I continue to maintain that the facts that I have herein deposed are complete, accurate and true. I also acknowledge that I have been provided with the opportunity to seek independent legal advice prior to swearing this Affidavit and I have declined to do so. I make this Affidavit for the purposes stated herein and not for any other or improper reason.

SWORN before me in the City )
of Brampton, in the Province of )
Ontario, this 23rd day of )
September, 2024 )

A COMMISSIONER, etc.,

Manbir S. Sodhi
Barrister & Solicitor & Notary Public

Sodhi Law Office
Professional Corporation
102-9 George Street North
Brampton, ON L6X 0T6

VICKRAMJIT SINGH KHELA

MANBIR SINGH SODHI
NOTARY PUBLIC
ONTARIO

**UNITED STATES OF AMERICA** - v – **SURINDER SINGH CHEEMA**
Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT**
**OF NEW YORK**

*AFFIDAVIT OF VICKRAMJIT SINGH KHELA*

**SODHI LAW OFFICE PROFESSIONAL CORPORATION**
9 George Street North, Suite 102
Brampton, ON
L6X 0T6

**Manbir S. Sodhi, B.A. LLB**
**Barrister & Solicitor**
LSUC No.: 49678Q
Telephone No.: 905.457.2546
Facsimile No.: 905.457.0457

Counsel for Vickramjit Singh Khela